UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA HERNANDEZ,<br><br>Defendants. | No. 2:11-CR-6087-LRS-3<br><br>**ORDER DISMISSING INDICTMENT AND QUASHING ARREST WARRANT** |

Upon motion of the Plaintiff, United States of America, **IT IS HEREBY ORDERED:** The Government's Motion to Dismiss Indictment and Quash Arrest Warrant (**ECF No. 109**) is **GRANTED**. Leave of Court is granted for the Government's dismissal of the Indictment (ECF No. 1) against Angela Hernandez and it is hereby dismissed without prejudice. The Court makes no finding as to the grounds for dismissal or reasons for Plaintiff's decision in moving for the same.

The December 13, 2011 Arrest Warrant for Angela Hernandez is **QUASHED**.

The District Court Executive is directed to enter this Order and provide copies to counsel and the U.S. Marshals.

DATED January 12, 2016.

*s/Lonny R. Suko*
───────────────────────────
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER - 1